



FILED

2018 MAY 16  PM 12: 13

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>Jesus MONTEJANO-Robles,<br><br>         Defendant. | Case No. '18 MJ8758<br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 16, 2018, within the Southern District of California, defendant, Jesus MONTEJANO-Robles, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

						_____
						ROBERT REYES
						BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16th DAY OF MAY 2018.

						_____
						HON. PETER C. LEWIS
						U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jesus MONTEJANO-Robles

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative report of Border Patrol Agent (BPA) R. Moyron that defendant, Jesus MONTEJANO-Robles (MONTEJANO), attempted to enter the United States and was arrested on May 16, 2018, near Calexico, California.

On May 16, 2018, BPA A. Ojeda was performing line watch operations approximately three miles west of the Calexico, California West Port of Entry. This area consists of agricultural fields, brush and the All American Canal (AAC). The International Border Fence runs parallel and approximately 200 feet south of the AAC. Aliens frequently illegally enter through this area due to the ease of concealment within the fields and low presence of law enforcement.

At approximately 1:43 a.m. the El Centro Station's Remote Video Surveillance System (RVSS) operators notified BPA Ojeda that they had visual of several individuals climbing over the Border Fence and making their way north. BPA Ojeda responded to the location where RVSS had visual and encountered the individuals approximately 50 yards north of the Border Fence.

BPA Ojeda identified himself as a BPA and questioned the individuals, one of whom was later identified as MONTEJANO, as to their citizenship. BPA Lopez ascertained MONTEJANO to be a citizen of Mexico without the proper documentation to remain,

work, and or reside in the United States legally. BPA Ojeda placed MONTEJANO and the other individuals under arrest.

Record checks revealed that an Immigration Judge ordered MONTEJANO removed from the United States to Mexico on November 14, 2002. MONTEJANO was most recently removed from the United States to Mexico on April 30, 2018 through San Ysidro, California.

There is no evidence showing MONTEJANO has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.